UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BANUELOS,<br><br>  Plaintiff,<br><br>  v.<br><br>ANTHONY TONY REYES,<br><br>  Defendant. | No. 1:19-cv-01328-DAD-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>(Doc. No. 6) |

Plaintiff Robert Banuelos is a county jail inmate proceeding *pro se* and *in forma pauperis* in this action brought pursuant to 28 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 28, 2020, the assigned magistrate judge screened plaintiff's complaint and found that it failed to state a cognizable claim for relief. (Doc. No. 5 at 2.) The screening order granted plaintiff thirty (30) days from the date of service of that order to file an amended complaint or a notice of voluntary dismissal. (*Id.* at 8.) The magistrate judge warned plaintiff that a failure to file an amended complaint within the allotted time could result in the dismissal of this case. (*Id.*) The deadline to file an amended complaint has since passed and no amended complaint has been filed.

Accordingly, on September 22, 2020, the assigned magistrate judge issued findings and recommendations consistent with the screening order, recommending that this action be

1 dismissed for failure to obey a court order and for failure to state a claim.  (Doc. No. 6 at 1.)
2 Those findings and recommendations were served upon all parties and contained notice that any
3 objections thereto were to be filed within fourteen (14) days of service.  (*Id.* at 3.)  The findings
4 and recommendations were served upon plaintiff at his address of record and were returned to the
5 court as undeliverable on October 5, 2020.

6      Local Rule 183(b) requires a party appearing *in propria persona* to keep the court advised
7 as to his or her current address.  If mail directed to a plaintiff *in propria persona* by the Clerk of
8 the Court is returned by the U.S. Postal Service, and the plaintiff fails to notify the court within
9 sixty-three (63) days thereafter of a current address, then the court may dismiss the action without
10 prejudice for failure to prosecute.  L.R. 183(b).  The time for filing objections or notifying the
11 court of an updated address has passed and no objections or notice of updated address have been
12 filed by plaintiff.

13      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a
14 *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings
15 and recommendations to be supported by the record and by proper analysis.

16      Accordingly,
17      1.    The findings and recommendations issued on September 22, 2020 (Doc. No. 6) are
18               adopted in full;
19      2.    This action is dismissed without prejudice; and
20      3.    The Clerk of the Court is directed to close this case.

21 IT IS SO ORDERED.

22 Dated:  **February 10, 2021**
23                                                UNITED STATES DISTRICT JUDGE